

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00240-CV

IN RE SAMSON LOYNACHAN                                        RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 1233936R

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED: July 30, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).